IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| POPE INVESTMENTS LLC, POPE INVESTMENTS II, LLC and CHINA ALARM HOLDINGS ACQUISITION LLC, | § § § § § | No. 259, 2017 |
| Defendants Below, Appellants, | § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 12829-VCL |
| THE MARILYN ABRAMS LIVING TRUST, | § § § § | |
| Plaintiff Below, Appellee. | § § | |

Submitted: December 13, 2017
Decided: December 15, 2017

Before **STRINE**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## **O R D E R**

This 15th day of December 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its post-trial ruling dated March 21, 2017,[1] its final order and judgment dated May 9, 2017, and its order awarding attorneys' fees and expenses dated May 26, 2017.

---

[1] *The Marilyn Abrams Living Trust v. Pope Investments LLC*, C.A. No. 12829-VCL, 2017 WL 1064647 (Del. Ch. Mar. 21, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice